FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Sep 07 2022

KEVIN P. WEIMER, Clerk

By: s/Kari Butler
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| UNITED STATES OF AMERICA | Criminal Information |
| *v.* | |
| DONNY CAMPBELL | No. 4:22-CR-31-WMR |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNTS 1-5

*18 U.S.C. § 641 (Theft of Government Funds)*

On or about the dates set forth below, in the Northern District of Georgia, the defendant, DONNY CAMPBELL, did knowingly steal, purloin, and convert to his own use, and to the use of another, money of the United States having a value exceeding the sum of $1,000, namely, payments issued by the United States Department of the Interior, which were made to CAMPBELL in the amounts specified below:

| Count | Date | Amount |
|-------|------|--------|
| 1 | July 31, 2018 | $224 |
| 2 | October 9, 2018 | $256 |
| 3 | October 23, 2018 | $144 |
| 4 | November 20, 2018 | $384 |
| 5 | April 9, 2019 | $160.20 |
| Total | | $1,168.20 |

All in violation of Title 18, United States Code, Section 641.

## FORFEITURE PROVISION

Upon conviction of the offense alleged in this Information, namely, a violation of Title 18, United States Code, Section 641, the defendant, DONNY CAMPBELL, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(l)(C) and Title 28, United States Code, Section 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to said violation.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

RYAN K. BUCHANAN
  *United States Attorney*


TREVOR C. WILMOT
  *Assistant United States Attorney*
Georgia Bar No. 96961
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181